# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS CRAIG JOHNSON, et al., <br>     Plaintiff(s), <br> v. <br> UNITED STATES, <br>     Defendant(s). | Case No. 2:23-cv-00447-JAD-NJK <br><br> **ORDER** <br><br> [Docket Nos. 1, 2, 5] |

On June 14, 2023, the undersigned recommended that Plaintiffs' applications to proceed *in forma pauperis* be denied and that they be required to pay the filing fee. Docket No. 5. That recommendation remains pending, but Plaintiffs have now paid the filing fee. Docket No. 6. Accordingly, the report and recommendation (Docket No. 5) is **WITHDRAWN** as moot, and the applications to proceed *in forma pauperis* (Docket Nos. 1-2) are **DENIED** as moot.

Plaintiffs must effectuate service on Defendant within 90 days of this order. *See* Fed. R. Civ. P. 4(m).

Dated: June 27, 2023

                                                                Nancy J. Koppe <br>
                                                                United States Magistrate Judge