**CHRISTENSEN JAMES & MARTIN, CHTD.**
Daryl E. Martin (6735)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: dem@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Dennis Craig Johnson and Yvonne Johnson,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | CASE NO.: 2:23-cv-00447-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE**<br><br>**ECF Nos. 23, 24, 28** |

The Plaintiffs, acting by and through their counsel Christensen James & Martin, Chtd., and Defendant, acting by and through the United States Attorney, hereby stipulate as follows:

1. Plaintiffs filed the Complaint [ECF No. 8] on June 27, 2023.

2. Defendant filed a Motion to Dismiss [ECF No. 23] and Motion to Stay Discovery [ECF No. 24] on November 13, 2023.

3. The parties have agreed that both Motions may be denied without prejudice at this time to allow Plaintiffs to file an amended complaint.

4. The parties have agreed to extend the deadline to allow Plaintiffs to file an amended complaint on or before January 12, 2024.

5. This is the parties' first request for an extension to amend.

/ / /

/ / /

6.    No hearing has been set and no scheduling order has been entered in this case.

Dated this 29th day of November, 2023.

CHRISTENSEN JAMES & MARTIN, CHTD.

By: */s/ Dylan J. Lawter*
Dylan J. Lawter, Esq. (15947)
Email: djl@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Ph: (702) 255-1718
*Attorneys for Plaintiffs*

JASON M. FRIERSON, UNITED STATES ATTORNEY

By: */s/ Skyler H. Pearson*
Skyler H. Pearson
Assistant United States Attorney
Email: skyler.pearson@usdoj.gov
501 Las Vegas Blvd So., Suite 1100
Las Vegas, Nevada 89101
Ph: (702) 388-6336

## ORDER

Based on the parties' stipulation [ECF No. 28] and good cause appearing, IT IS HEREBY ORDERED that the **plaintiffs have until January 12, 2024, to file an amended complaint,** and the pending motions to dismiss and to stay **[ECF Nos. 23, 24] are DENIED** without prejudice.

_____
UNITED STATES DISTRICT JUDGE
11-30-23