**CHRISTENSEN JAMES & MARTIN, CHTD.**
Daryl E. Martin (6735)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: dem@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Dennis Craig Johnson and Yvonne Johnson, <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, <br><br> Defendant. | CASE NO.: 2:23-cv-00447-JAD-NJK <br><br> **Stipulation and Order Dismissing Case** <br><br> ECF No. 30 |

Plaintiffs and Defendant, acting by and through their respective counsel, hereby stipulate and agree that all claims asserted in the Complaint filed in this case [ECF No. 8] are hereby dismissed without prejudice. Plaintiffs seek dismissal to focus on Mr. Johnson's current health issues. The parties will bear their own respective attorney's fees and costs.

Dated this 12th day of January, 2024.

| | |
|---|---|
| CHRISTENSEN JAMES & MARTIN, CHTD. <br> By: /s/ Dylan J. Lawter <br> Dylan J. Lawter, Esq. (15947) <br> Email: djl@cjmlv.com <br> 7440 W. Sahara Avenue <br> Las Vegas, Nevada 89117 <br> Ph: (702) 255-1718 <br> *Attorneys for Plaintiffs* | JASON M. FRIERSON, UNITED STATES ATTORNEY <br> By: /s/ Skyler H. Pearson <br> Skyler H. Pearson <br> Assistant United States Attorney <br> Email: skyler.pearson@usdoj.gov <br> 501 Las Vegas Blvd So., Suite 1100 <br> Las Vegas, Nevada 89101 <br> Ph: (702) 388-6336 <br> *Attorneys for Defendant* |

## ORDER

Based on the parties' stipulation [ECF No. 30] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED without prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 16, 2024

**CHRISTENSEN JAMES & MARTIN, CHTD.**
Daryl E. Martin (6735)
Dylan J. Lawter (15947)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Email: dem@cjmlv.com, djl@cjmlv.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Dennis Craig Johnson and Yvonne Johnson,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | CASE NO.: 2:23-cv-00447-JAD-NJK<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs and Defendant, acting by and through their respective counsel, hereby stipulate and agree that all claims asserted in the Complaint filed in this case [ECF No. 8] are hereby dismissed without prejudice. Plaintiffs seek dismissal to focus on Mr. Johnson's current health issues. The parties will bear their own respective attorney's fees and costs.

Dated this 12th day of January, 2024.

CHRISTENSEN JAMES & MARTIN, CHTD.
By: /s/ Dylan J. Lawter
Dylan J. Lawter, Esq. (15947)
Email: djl@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Ph: (702) 255-1718
*Attorneys for Plaintiffs*

By: /s/ Dennis Craig Johnson
Dennis Craig Johnson

By: /s/ Yvonne Johnson
Yvonne Johnson

JASON M. FRIERSON, UNITED STATES ATTORNEY
By: _____
Skyler H. Pearson
Assistant United States Attorney
Email: skyler.pearson@usdoj.gov
501 Las Vegas Blvd So., Suite 1100
Las Vegas, Nevada 89101
Ph: (702) 388-6336
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: _____